IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

KELVIN BENARD WARREN,

   Plaintiff,

    v.

CLAYTON COUNTY POLICE
DEPARTMENT, et al.,

   Defendants.

CIVIL ACTION FILE
NO. 1:16-CV-4109-TWT

**ORDER**

This is a pro se prisoner civil rights action. It is before the Court on the Report and Recommendation [Doc. 2] of the Magistrate Judge recommending that the action be dismissed for failure of the Plaintiff to truthfully disclose his litigation history. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED.

SO ORDERED, this 6 day of December, 2016.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\16\Warren\16cv4109\r&r.wpd